# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 40679**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Ace L. NESBITT**
Senior Airman (E-4), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 3 February 2026

———————————

*Military Judge*: Julie L. Pitvorec (arraignment); Adam D. Bentz (trial).

*Sentence*: Sentence adjudged 14 May 2024 by GCM convened at Moody Air Force Base, Georgia. Sentence entered by the military judge on 7 July 2024: Dishonorable discharge, confinement for 3 years, and reduction to E-1.

*For Appellant*: Captain Joyclin N. Webster, USAF.

*For Appellee*: Major Vanessa Bairos, USAF; Major Kate E. Lee, USAF; Major Jocelyn Q. Wright, USAF; Mary Ellen Payne, Esquire.

Before GRUEN, KEARLEY, and MORGAN, *Appellate Military Judges*.

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

———————————

PER CURIAM:

The findings as entered are correct in law. Article 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d) (*Manual for Courts-Martial, United States* (2024 ed.) (2024 *MCM*)). In addition, the sentence as entered is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C.

§§ 859(a), 866(d) (2024 *MCM*). Accordingly, the findings and sentence are **AF-FIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court